IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRAHAM B.C. ROMAN, : <br>     Plaintiff, : <br> : <br> v. : <br> : <br> COUNTY OF CHESTER, *et al.*, : <br>     Defendants. : | CIVIL ACTION NO. 23-4032-KSM |

## ORDER

**AND NOW** this 13th day of May, 2024, upon consideration of the County Defendants' Motion to Dismiss (Doc. No. 51), the Medical Defendants' Motion to Dismiss (Doc. No. 52), and Roman's opposition brief (Doc. No. 59), it is **ORDERED** that the motions are **GRANTED IN PART** and **DENIED IN PART** as follows:

    1.    The County Defendants' motion (Doc. No. 51) is **GRANTED** only as to Roman's ADA and Section 504 claims asserted against the individual Defendants. The remainder of the motion is **DENIED**.

    2.    The Medical Defendants' motion (Doc. No. 52) is **GRANTED** only as to Roman's ADA and Section 504 claims. The remainder of the motion is **DENIED.**

    3.    Defendants' deadline for filing an answer to Roman's Complaint is **STAYED** given the contemporaneously filed Order granting Roman's motion for appointment of counsel. **IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**